**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Frank Gaffin<br>Elizabeth Gaffin fka Elizabeth Schmidt<br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 21-13142 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
02 Dec 2021, 14:19:18, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322